The People of the State of Illinois, Plaintiff-Appellee, v. Carl R. Hoerner, et al., and Harold Landolt, Chairman of the Madison County Board of Supervisors, Defendants-Appellants.

Gen. No. 67–88. 

Fifth District.

April 19, 1968.

Dick H. Mudge, Jr., of Edwardsville, for appellants; no brief filed for appellee. Opinion PER CURIAM. Not to be published in full.